**UNITED STATES of America,**
**Appellant,**

v.

**Alton CREAMER.**

**No. 15378.**

United States Court of Appeals
Eighth Circuit.

March 21, 1956.

Clinton G. Richards, U. S. Atty., Sioux Falls, S. D., Perry W. Morton, Asst. Atty. Gen., and Roger P. Marquis, Chief, Appellate Section, Lands Division, U. S. Department of Justice, Washington, D. C., for appellant.

M. T. Woods, Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

**UNITED STATES of America,**
**Appellant,**

v.

**Andrew L. QUALM et al.**

**No. 15379.**

United States Court of Appeals
Eighth Circuit.

March 21, 1956.

Clinton G. Richards, U. S. Atty., Sioux Falls, S. D., Perry W. Morton, Asst. Atty. Gen., and Roger P. Marquis, Chief, Appellate Section, Lands Division, U. S. Department of Justice, Washington, D. C., for appellant.

Harvey Willoughby, Burke, S. D., Julius D. Cronin, O'Neill, Neb., and Alfred B. Teton, Chicago, Ill., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

**UNITED STATES of America,**
**Appellant,**

v.

**Ernest C. WELLER et al.**

**No. 15380.**

United States Court of Appeals
Eighth Circuit.

March 21, 1956.

Clinton G. Richards, U. S. Atty., Sioux Falls, S. D., Perry W. Morton, Asst. Atty. Gen., and Roger P. Marquis, Chief, Appellate Section, Lands Division, U. S. Department of Justice, Washington, D. C., for appellant.

Harvey Willoughby, Burke, S. D., Julius D. Cronin, O'Neill, Neb., and Alfred B. Teton, Chicago, Ill., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

**UNITED STATES of America,**
**Appellant,**

v.

**Arthur C. SALZMAN et al.**

**No. 15405.**

United States Court of Appeals
Eighth Circuit.

March 21, 1956.

Clinton G. Richards, U. S. Atty., Sioux Falls, S. D., Perry W. Morton, Asst. Atty. Gen., and Roger P. Marquis, Chief, Appellate Section, Lands Division, U. S. Department of Justice, Washington, D. C., for appellant.

M. Q. Sharpe, Kennebec, S. D., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.